**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Marcos Vinicius Marcelino Da Costa**
Petitioner

V.

**Antone Moniz et al**
Respondents

CIVIL ACTION

NO 1:26-cv-12154-FDS

**ORDER OF DISMISSAL**

Saylor, D. J.

In accordance with the Court's Electronic Order dated November 3, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

November 18, 2026
Date

/s/ Caetlin McManus
Deputy Clerk